June 29, 2012

Mr. Hugh L. McKenney
McKenney & Associates, P.C.
2200 North Loop West, Suite 333
Houston, TX 77018
Mr. G. Todd Stewart
Olson & Olson LLP
Wortham Tower, Suite 600
2727 Allen Parkway
Houston, TX 77019-2133

RE: Case Number: 11-0400
 Court of Appeals Number: 14-10-00064-CV
 Trial Court Number: 2008-55388

Style: REDDY PARTNERSHIP/5900 NORTH FREEWAY LP AND REDDY PARTNERSHIP,
 ET AL.
 v.
 HARRIS COUNTY APPRAISAL DISTRICT

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Christopher A. |
| |Prine |
| |Mr. Chris Daniel |